No. 95–860.   SMILEY v. CITIBANK (SOUTH DAKOTA), N. A.   Sup. Ct. Cal.   [Certiorari granted, 516 U. S. 1087.]   Motion of the Attorney General of Indiana to withdraw as *amicus curiae* granted.

No. 95–891.   OHIO v. ROBINETTE.   Sup. Ct. Ohio.   [Certiorari granted, 516 U. S. 1157.]   Motion of Americans for Effective Law Enforcement for leave to file a brief as *amicus curiae* granted.

No. 95–939.   IMMIGRATION AND NATURALIZATION SERVICE v. ELRAMLY.   C. A. 9th Cir.   [Certiorari granted, 516 U. S. 1170.]   Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 95–1455.   RENO, ATTORNEY GENERAL v. BOSSIER PARISH SCHOOL BOARD ET AL.   Appeal from D. C. D. C.   Motion of appellee to supplement the record denied.

No. 95–8345.   IN RE HANEY.   Petition for writ of mandamus denied.

No. 95–1100.   BOARD OF THE COUNTY COMMISSIONERS OF BRYAN COUNTY, OKLAHOMA v. BROWN ET AL.   C. A. 5th Cir.   Certiorari granted.

No. 95–1228.   UNITED STATES v. WELLS ET AL.   C. A. 8th Cir.   Certiorari granted.

No. 95–1376.   ROBINSON v. SHELL OIL CO.   C. A. 4th Cir.   Certiorari granted.

No. 95–803.   BLACK v. UNITED STATES ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 95–958.   NELSON v. OFFICE OF PERSONNEL MANAGEMENT.   C. A. Fed. Cir.   Certiorari denied.